UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-61309-CIV-COHN/SNOW

DAVID VOLA, on behalf of
himself and those similarly situated

       Plaintiff,

vs.

BETA DRYWALL, LLC, a Florida
Limited Liability Company

       Defendant.
_____/

## ORDER GRANTING DEFENDANT'S SECOND AGREED MOTION FOR EXTENSION OF TIME

THIS CAUSE is before the Court upon Defendant's Second Agreed Motion for Extension of Time [filed October 9, 2006]. Having carefully considered the Motion and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Second Agreed Motion for Extension of Time [filed October 9, 2006] is **GRANTED**. Defendant shall have up to and including October 19, 2006 to answer or otherwise respond to the Complaint.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of October, 2006.

_____
JAMES I. COHN
United States District Judge

Copies to:

Richard Celler, Esq.
Ellen M. Leibovitch, Esq.